1

2

3

4

5

6           **IN THE UNITED STATES DISTRICT COURT**

7           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9   UNITED STATES,                           CASE NO. CR-F-97-5220 OWW LJO
                                                     CR-F-01-5938 OWW LJO
10                    Plaintiff,
                                             **ORDER DIRECTING GOVERNMENT**
11        vs.                                **TO FILE ITS RESPONSE**

    THEODORE RICHARD III.
12
                      Defendant.
13  _____/

14          Defendant Theodore Richard, III ("defendant") is a federal prisoner and on July 28, 2001 filed

15  his motion for relief under 28 U.S.C. §2255 ("section 2255").

16          On September 1, 2004, this Court directed the Government to respond to defendant's section

17  2255 motion.  On December 21, 2004, the Government moved for a stay of this action pending the

18  United States Supreme Court's decision in *United States v. Booker*, 375 F.3d 508 (7th Cir. 2004), *cert.*

19  *granted*, 73 U.S.L.W. 3074 (U.S. August 2, 2004).  On December 29, 2004, this Court granted a stay

20  pending the ruling.  On January 12, 2005, the United States Supreme Court decided *United States v.*

21  *Booker,* 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

22          Accordingly, the Government is directed to file its response to defendant's section 2255 motion

23  within 30 days of the date of service of this Order.

24  IT IS SO ORDERED.

25  **Dated:    April 15, 2005              /s/ Lawrence J. O'Neill**
    b9ed48                              UNITED STATES MAGISTRATE JUDGE
26

27

28

                                            1