DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Seeking Appointment as Attorney for Defendant
THEODORE RICHARDS, III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. Cr. F 97-05220 OWW |
| Plaintiff, | ) **REQUEST FOR APPOINTMENT OF COUNSEL; ORDER** |
| v. | ) **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| THEODORE RICHARDS, III, | ) Date: February 25, 2008 |
| Defendant. | ) Time: 1:30 p.m. |
| | ) Judge: Hon. OLIVER W. Wanger |

Pursuant to 18 U.S.C. §§ 3006A(c) and 3852(c)(2), Defendant, THEODORE RICHARDS, III, hereby requests the court appoint the Office of the Federal Defender and Assistant Federal Defender David M. Porter as counsel to represent him with respect to his motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), filed February 25, 2008. Mr. Porter is familiar with the case and is willing to accept the appointment.[*]

Appointment of counsel would serve the interests of justice in this case because it might facilitate a negotiated disposition of the motion and because the motion might raise novel legal issues

_____

[*] Mr. Richards has authorized the undersigned to file this application on his behalf.

1  surrounding application of the United States Sentencing Commission's

2  recent retroactive reduction of sentences under the crack cocaine

3  guidelines.  Because Mr. Richards's substantial rights may be affected

4  by these criminal proceedings, he is constitutionally entitled to

5  appointment of counsel.  *Mempa v. Rhay*, 389 U.S. 128, 134 (1967).

6      Attached hereto is Mr. Richards's financial affidavit form, CJA

7  23.

8      Accordingly, Mr. Richards requests the Court issue the order

9  lodged herewith.

10  Dated:  February 14, 2008

11                          Respectfully submitted,

12                          DANIEL J. BRODERICK
                            Federal Defender

13

14                           */s/ David M. Porter* on behalf of TR
                            DAVID M. PORTER

15                          Assistant Federal Defender

16                          Seeking Appointment as Attorney for Movant
                            THEODORE RICHARDS, III

17

18                          **O R D E R**

19      Pursuant to defendant's request, and good cause appearing

20  therefor, the Office of the Federal Defender and Assistant Federal

21  David M. Porter is hereby appointed to represent defendant with respect

22  to his motion to reduce sentence.

23  DATED:  February 19, 2008

24                          /s/ OLIVER W. WANGER
                            HONORABLE OLIVER W. WANGER

25                          United States District Judge

26

27

28

REQUEST FOR APPOINTMENT OF COUNSEL
                                    -2-