DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
THEODORE RICHARDS, III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. F 97-05220 OWW |
| ) | |
| Plaintiff, ) | **ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| ) | |
| v. ) | |
| ) | **RETROACTIVE CRACK COCAINE REDUCTION CASE** |
| THEODORE RICHARDS, III, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

This matter came before the Court on the motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed on February 14, 2008. The motion was set for hearing on February 25, 2008, but because the parties have stipulated to the resolution, the matter is taken off calendar.

The parties agree, and the Court finds, that Mr. Richards is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 34 to 32.

IT IS HEREBY ORDERED that, effective March 3, 2008, the term of imprisonment originally imposed is reduced to time served;

IT IS FURTHER ORDERED that all other terms and provisions of the

1  original judgment remain in effect.
2      Unless otherwise ordered, Mr. Richards shall report to the United
3  States Probation office closest to the release destination within
4  seventy-two hours.
5  Dated:  February 22, 2008
6                                    /s/ OLIVER W. WANGER
                                      HONORABLE OLIVER W. WANGER
7                                     United States District Judge

ORDER REDUCING SENTENCE
-2-