# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| THEODORE RICHARDS, III | ) | Case No:  1:97CR5220-002 OWW |
|  | ) | USM No:  10127-424 |
| Date of Previous Judgment:  2/25/1999 | ) | David Porter, Asst. Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  168 months  months **is reduced to**  time served  .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level:  34              Amended Offense Level:  32
Criminal History Category:  II           Criminal History Category:  II
Previous Guideline Range:  168  to  210  months   Amended Guideline Range:  135  to  168  months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X  The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III.  ADDITIONAL COMMENTS

Stipulated to by the government.

Except as provided above, all provisions of the judgment dated  2/25/1999  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  February 22, 2008                              /s/ OLIVER W. WANGER
                                                             Judge's signature

Effective Date:  March 3, 2008                              Oliver W. Wanger, U. S. District Judge
        (if different from order date)                      Printed name and title