**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff | ) | 1:97-CR-5220-0023 OWW |
| | ) | |
| v. | ) | ORDER DENYING MOTION AS |
| | ) | MOOT [345] |
| **THEODORE RICHARD, III,** | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

On November 23, 2005, the Court entered an order denying the Motion to Vacate, Set Aside or Correct Sentence which was filed by the defendant in this matter.

On April 13, 2006, the defendant filed a Motion to Vacate said order and the matter was taken under submission.

On February 22, 2008, the Court entered an Order Reducing Sentence Re Crack Cocaine Offense which reduced the defendants sentence to a period of time served.

Due to the entry of the February 22, 2008 order the court denies the defendants Motion to Vacate as moot.

IT IS SO ORDERED.

**Dated:   April 30, 2008**                    /s/ Oliver W. Wanger
                                               UNITED STATES DISTRICT JUDGE

1